# Court of Appeals
# of the State of Georgia

ATLANTA,  February 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1280. CHARLES MICHAEL OLSON v. THE STATE.**

In 2017, Charles Michael Olson pleaded guilty to three counts of sexual battery and one count of statutory rape. He was given a first offender sentence that consisted mostly of probation. In 2018, the State petitioned to revoke Olson's probation on the ground that he had violated a special condition of probation. Following a hearing, the trial court concluded that Olson had violated the condition, and it revoked a portion of his probation. Olson filed a motion for new trial, which the trial court denied. Olson then filed an application for discretionary appeal, which we denied. See Case No. A19D0239 (decided Jan. 10, 2019). He also filed this direct appeal, over which we lack jurisdiction.

Because the underlying subject matter of Olson's appeal is the revocation of his "first offender" probation, he was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997). We thus lack jurisdiction to consider this direct appeal. See *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998).

Further, our denial of Olson's application for discretionary appeal was an adjudication on the merits, and therefore the doctrine of res judicata bars this direct appeal from the same trial court order. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___02/07/2019___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*